### Smith agt. Goulding

Joseph Smith plaint. ag[t] Peter Goulding Def[t] in an action of defamation for Saying hee was a theife & upon Record for a theife, being greatly to the damage of the plaint. with all other due damages &c. [454]. . . . The Jury . . . found for the plaint. ten Shillings mony damage and costs of Court allow[d] twenty Eight Shillings one penny.
Execution issued aug[o] 22[o] 1677.

### Joyliffe ag[t] Nick

John Joyliffe Attourny of William Maund plaint. ag[t] John Nick Defend[t] in an action of the case for not delivering unto the order of s[d] Maund three ton one hh[d] one tearce of Molasses three barr[lls] of Lime joice and a hh[d] of Vinegar Ship't at S[t] Christoph[rs] by s[d] Maund onboard the Barque Begining whereof s[d] Nick was Ma[r] and in s[d] vessell brought to New-England sometime in April last and by him s[d] Nick detained from the now plaint. who is thereby damnified about Forty pounds in mony with all other due damages &c. . . . The Jury . . . found for the plaint. two hogsh[ds] of Molasses one barr[ll] of Lime juice and one hh[d] of vineger to bee deliu[rd] in one month or to pay twenty pounds in mony and costs of Court allow[d] thirty three Shillings and six pence.